# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**
COURT REPORTER: **ZoomGov**

DATE: October 23, 2025
AUSA Marie Christine Amy
COURTROOM NO: **OSJ 6**

UNITED STATES OF AMERICA

Plaintiff

v

DANIEL GARCIA-MARTIN (1)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No. **25-CR-00431 (RAM)**

Indictment was filed in open court.

**Arraignment set for November 3, 2025 at 1:45 PM in Hato Rey Courtroom 2 before Magistrate Judge Marshal D. Morgan.**

Case is assigned to Judge Raul M. Arias-Marxuach.

## NEW CASE:

☐     This Indictment supersedes Criminal Case No. _____.

☒     Defendant **appeared** in 25-mj-953. Magistrate case merged and closed.

☐     Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.

☐     Defendant(s) **not charged** in magistrate case.

☐     The Court granted the government's motion to seal.

☐     Defendant(s) to remain on same bond.

☒     Defendant is under custody. Marshal to produce defendant.

☐     Arrest warrants to be issued.

☐     Summons to be issued.

**S/Migdalia I. Garcia-Cosme**
Courtroom Deputy Clerk