IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

DANIEL GARCIA-MARTIN,
Defendant.

CRIMINAL NO. 25-431(RAM)

INFORMATIVE NOTICE CORRECTING RECORD

On October 23, 2025, the Court issued an Order of Detention Pending Trial for Defendant Daniel Garcia-Martin. ECF #13. That Order erroneously stated that the search warrant in this case "stemmed from an unrelated white-collar investigation involving the Governor of Puerto Rico..." *Id* at p. 4. The United States files this notice to correct the record and states that there is no white-collar investigation (or any other investigation) of Puerto Rico Governor Jenniffer González-Colón.

WHEREFORE, the United States requests that the Court take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 30th day of October, 2025.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

W. STEPHEN MULDROW
United States Attorney

_s/ Seth A. Erbe_____
SETH A. ERBE
USDC-PR No. 220807
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
seth.a.erbe@usdoj.gov