**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA    )
    )
v.    )        CASE NO. 25-CR-431 (RAM)
    )
Daniel Garcia-Martin    )
Defendant    )

**MOTION TO REQUEST TRANSCRIPT**

**TO THE HONORABLE COURT:**

    **COMES NOW, OSCAR J. SERRANO,** a long-term journalist and attorney who has worked for written and electronic outlets, and very respectfully states and prays as follows:

    1. This request is made under the District Court's Second Amended General Standing Order regarding transcript requests in criminal cases (Docket No. 3 20-mc-061), Notice from the Clerk NO. 08-07 (Instructions to Request Transcripts of Court Proceedings) and the Court Reporter Statute (28 U.S.C. § 753).

    2. Included with this motion (Annex A) is a completed Transcript Order (AO435) for the Detention Hearing held last October 23, 2025, before Magistrate Judge Marshal D. Morgan in the instant case.

    2. Requester respectfully argues that a Detention Hearing is not the kind of criminal procedure in which the Second Amended General Standing Order would apply because it is not a "guilty plea hearing", a "sentencing hearing" or a procedure that could otherwise be used to coerce a federal inmate into demonstrating that "they have not received a safety valve reduction or were not cooperating in the prosecution of other defendants".

    3. The requested transcript should be provided as a matter of routine court procedure. (28 U.S.C. § 753 (b)) But, insofar as a foundation might be needed, the Supreme Court has held that the press and the public's right of access to judicial proceedings in criminal cases is a matter of presumption. "[A] presumption of openness inheres in the very nature of a criminal trial under our system of justice." *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 573 (1980) Presumption of openness extends to pretrial proceedings and, specifically, bail and detention hearings. *In re Hearst Newspapers, LLC*, 641 F.3d 168, 175 (5th Cir. 2011) (collecting cases) and *In re Globe Newspaper Co.*, 729 F.2d 47 (1st Cir. 1984)

    **WHEREFORE**, it is very respectfully requested that the Court grant this request and orders the Clerk's Office to process the annexed Transcript Order.

    **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 31st day of October, 2025.

    **I HEREBY CERTIFY** that on October 31st, 2025, I electronically delivered the foregoing with Court Services Manager Becky Agostini via electronic mail (Becky_Agostini@prd.uscourts.gov).

1

OSCAR J. SERRANO NEGRÓN
USDC-PR No. 222107
503 Calle Elisa Colberg 1501
San Juan, PR 00907
Tel.:(787) 505-5429
ojserrano@hotmail.com